HALL et al. v. BESTON. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Henry J. Hall and others against Rafala S. Beston. No opinion. Motion granted. See 43 N. Y. Supp. 304.

HANFIELD, Appellant, v. ST. LAWRENCE & A. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by De Witt C. Hanfield against the St. Lawrence & Adirondack Railway Company. No opinion. Order modified by imposing the further condition that defendant stipulates to furnish transportation or pay the transportation charges from the city of New York to Malone for not exceeding 12 witnesses on behalf of the plaintiff, the tickets or money to be given plaintiff 10 days before the commencement of the term, and, as modified, order affirmed, without costs.

HARKIN, Respondent, v. CRUMBIE, Appellant. (City Court of New York, General Term. April 28, 1897.) Action by Ellen F. Harkin against George B. Crumbie. For former report, see 35 N. Y. Supp. 1027. Frank R. Crumbie, for appellant. Patrick J. O'Beirne, for respondent.

PER CURIAM. The defendant having the passageway in question fenced in for his own benefit, a duty rested upon him to keep and maintain the same reasonably safe and free from danger. His failure to do so was negligence on his part. The evidence shows that he or his agent had notice of the dangerous condition of said passageway, and that plaintiff was free from contributory negligence. The jury, we think, were right in finding that plaintiff was injured through the defendant's negligence, and that he was free from contributory negligence. We find no errors, and judgment must be affirmed, with costs.

HAVENS, Appellant, v. WEST SIDE ELECTRIC & POWER CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by James H. Havens against West Side Electric & Power Company. J. M. Hunt, for appellant. G. Bliss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 20 N. Y. Supp. 764.

HEILBRONN, Respondent, v. HERZOG, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Justus Heilbronn against Abraham S. Herzog. L. J. Rosenblatt, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 268.

HIGGINS, Appellant, v. WEIR, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Jeremiah L. Higgins against Levi C. Weir, president, etc. John McCrone, for appellant. J. A. Dutton, for respondent.

PER CURIAM. There is nothing in the record to show that the defendant needs a bill of particulars in order to prepare his answer. The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

HILBERT, Respondent, v. HILBERT, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Ida B. Hilbert against Henry L. Hilbert. No opinion. Order modified by reducing counsel fee to $50, and alimony to $6 a week, and as modified affirmed, without costs to either party.

HOAG, Appellant, v. WRIGHT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by James H. Hoag against Edward Wright and another, as executors, etc. No opinion. Order reversed, and motion granted, on condition that plaintiff, within 20 days, pay the defendants $100 costs and the disbursements on this appeal, and stipulate to try the cause at next trial term; and in default of the payment of such sum within said time, and the giving of such stipulation, the order is affirmed, with $10 costs and disbursements.

HUMBER et al., Appellants, v. MEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Humber & Co., of New York, against Edward F. Meyer and another. No opinion. Order affirmed, with $10 costs and disbursements.

JACOB, Respondent, v. E. V. CRANFALL CO., Appellant. (City Court of New York, General Term. April 28, 1897.) Action by Julius Jacob against E. V. Cranfall Company. Herman Herst, for appellant. William King Hall, for respondent.

PER CURIAM. The sole question in dispute herein is, did the plaintiff perform the duties required from him by virtue of his contract with the defendant? That question of fact, in our opinion, was properly submitted to the jury, and the evidence fully justifies their finding in plaintiff's favor, and the judgment is therefore affirmed, with costs.

JOHNSTON v. MEANY. (Supreme Court, Appellate Division, Third Department. May 25, 1897.) Action by Robert A. Johnston against Joseph Meany, as executor, etc. No opinion. Motion granted, with $10 costs and disbursements. See 38 N. Y. Supp. 1145.

JONES, Appellant, v. LONG ISLAND R. CO., Respondent. (City Court of New York, General Term. April 28, 1897.) Action by Elias Jones, an infant, against the Long Island Railroad Company. Max Altmayer, for appellant. William J. Kelly, for respondent.

PER CURIAM. We think the evidence above shows that the plaintiff was guilty of contributory negligence. He had no right to take the place occupied by him while the defendant's train was going at a high rate of speed. The complaint was dismissed because of the plaintiff's negligence, and rightfully so, we think, and therefore judgment is affirmed, with costs.